# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: ☐ ☐

CHARGE NUMBER: 423-2013-02357

_____ and EEOC
State or local Agency, if any

| Field | Value |
|---|---|
| NAME (Indicate Mr., Ms., Mrs.) | Roy Edward Hazzle |
| HOME TELEPHONE (Include Area Code) | (662) 369-4355 |
| STREET ADDRESS | 117 Drake Avenue |
| CITY, STATE AND ZIP CODE | Aberdeen, MS 39730 |
| DATE OF BIRTH | 12/31/52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| Field | Value |
|---|---|
| NAME | Aberdeen School District |
| NUMBER OF EMPLOYEES, MEMBERS | 50 + |
| TELEPHONE (Include Area Code) | 662-369-4682 |
| STREET ADDRESS | 205 Highway 145 North, PO Box 607, Aberdeen, MS 39730 |
| COUNTY | Monroe |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] (Other) Family and Medical Leave Act

DATE DISCRIMINATION TOOK PLACE
EARLIEST _____ Latest 5-14-2013
[ ] continuing action

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 60 year old black male. I have been a coach for the Aberdeen School District for thirty-six (36) years. I coached basketball, and have had excellent success, and also have an excellent relationship with my students. The school conservator, Robert Strebeck, told me that he was lowering my salary from $19,000.00 to $5,000.00. After I expressed concern about the lowering of my salary, he then sent me a letter dated May 14, 2013, informing me that I was discharged because the School District must move forward and a "new leader must be present all school day." My simply questioning my salary was not adequate grounds to terminate my contract, and would not have been done by a non-biased person.

I request the EEOC to investigate to determine whether I have been discriminated against based upon my race (black), in violation of Title VII of the Civil Rights Act of 1964, as amended, and/or my age (60), in violation of the Age Discrimination in Employment Act of 1967.

RECEIVED
SEP 23 2013
U.S. EEOC/JAO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 9/14/2013    Ray E. Hazzle
Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

EXHIBIT A