IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROY E. HAZZLE                                                                                      PLAINTIFF

V.                                                                            CAUSE NO. 1:14CV152-SA-DAS

ABERDEEN SCHOOL DISTRICT                                                          DEFENDANT

## FINAL JUDGMENT

This matter has come before the Court on the Notice of Acceptance by Plaintiff, Roy E. Hazzle, of the Defendant, Aberdeen School District, and Federal Rule of Civil Procedure 68 Offer of Judgment, and the Plaintiff's request for entry of final judgment. Having considered the submissions, the Court hereby finds that Final Judgment should be and is hereby entered against Defendants and in favor of the Plaintiff.

IT IS THEREFORE ORDERED THAT:

1. Defendant has paid to the Plaintiff the amount of $15,000 in accordance with the Offer of Judgment;

2. The parties are responsible for their own fees, expenses and costs.

3. The trial and all remaining deadlines established by the Court's Case Management Order are hereby vacated.

SO ORDERED, this, the 23rd day of November, 2015.

                                                 **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT JUDGE**